# MCGINNIS LOCHRIDGE

ACCEPTED
15-25-00121-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/31/2025 3:07 PM
CHRISTOPHER A. PRINE
CLERK

Julie K. Denny
jdenny@mcginnislaw.com
512.495.6161 o
512.495.6093 f

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/31/2025 3:07:20 PM
CHRISTOPHER A. PRINE
Clerk

July 31, 2025

*Via First Class Mail*
Melinda Walker
703 West Pecan Street
San Saba, Texas 76877

**Re:** **Cause No. D-1-GN-25-002049;** *In Re Hays County, Texas*; **In the District Court of Travis County, Texas; 126th Judicial Court; Consolidated with Cause No. 24-2885;** *Leslie Carnes, Jim Camp, Cathy Ramsey, and Gabrielle Moore v. Hays County, Texas; Ruben Becerra; Debbie Ingalsbe; Michelle Cohen; Lon Shell; and Walt Smith, in their official capacities*; **In the District Court of Hays County, Texas, 207th Judicial District**

**Court of Appeals No. 15-25-00121-CV; Hays County, Texas;** *Ruben Becerra; Debbie Ingalsbe; Michelle Cohen; Morgan Hammer; and Walt Smith, in their official capacities v. Leslie Carnes, Jim Camp, Cathy Ramsey, and Gabrielle Moore*; **In the Fifteenth Court of Appeals**

Dear Ms. Walker:

In payment of your invoice No. 25-0030, attached please find a firm check in the amount of $1,170.00 for preparation of the Reporter's Record in the above-referenced state district court case for the portion of the hearing that occurred on July 17, 2025.

Sincerely,

Julie K. Denny
Paralegal
MCGINNIS LOCHRIDGE LLP

Enclosure

1111 W. 6th St., Ste. 400, Austin, TX 78703 | 512 495-6000 | mcginnislaw.com

4082304.v1

## MCGINNIS LOCHRIDGE
### ATTORNEYS AT LAW - COMMERCIAL CHECKING

73179

VENDOR: MELINDA M. WALKER, RPR, CMRS, CSR

CHECK NO: 000073179

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | CHECK MEMO |
|---|---|---|---|---|---|
| 000314983 | 25-0030 | 07/29/2025 | 1,710.00 | 1,710.00 | Court Reporter |

Check Total:     1,710.00



TRUE WATERMARK PAPER    HOLD TO LIGHT TO VIEW    HEAT SENSITIVE RED IMAGE DISAPPEARS WITH HEAT

**MCGINNIS LOCHRIDGE**
**ATTORNEYS AT LAW**
**COMMERCIAL CHECKING**
1111 WEST 6TH STREET, BLDG B, SUITE 400
AUSTIN, TX 78703

PLAINS CAPITAL BANK
FRISCO, TEXAS 75034
88-2299/1113

73179

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 000073179 | 07/31/2025 | 0020898 |

PAY  *One Thousand Seven Hundred Ten and 00/100 Dollars*

CHECK AMOUNT
$******1,710.00

TO THE ORDER OF

**MELINDA M. WALKER, RPR, CMRS, CSR**
703 W Pecan Street
San Saba, TX 76877

AUTHORIZED SIGNATURE

⑈073179⑈

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Julie Denny on behalf of Michael Shaunessy
Bar No. 18134550
jdenny@mcginnislaw.com
Envelope ID: 103832306
Filing Code Description: Letter
Filing Description: Letter
Status as of 7/31/2025 3:16 PM CST

Associated Case Party: HAYS COUNTY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ian M.Davis | | idavis@mcginnislaw.com | 7/31/2025 3:07:20 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Michael  Shaunessy | | mshaunessy@mcginnislaw.com | 7/31/2025 3:07:20 PM | SENT |
| Julie Denny | | jdenny@mcginnislaw.com | 7/31/2025 3:07:20 PM | SENT |
| Amy Botelho | | abotelho@mcginnislaw.com | 7/31/2025 3:07:20 PM | SENT |
| Austin Jones | | ajones@mcginnislaw.com | 7/31/2025 3:07:20 PM | SENT |
| Bill Aleshire | | bill@aleshirelaw.com | 7/31/2025 3:07:20 PM | SENT |
| Bill Bunch | | bill@sosalliance.org | 7/31/2025 3:07:20 PM | SENT |
| Bobby Levinski | | bobby@sosalliance.org | 7/31/2025 3:07:20 PM | SENT |
| William Gammon | | firm@gammonlawoffice.com | 7/31/2025 3:07:20 PM | SENT |
| Lynn Saarinen | | lynn.saarinen@oag.texas.gov | 7/31/2025 3:07:20 PM | SENT |